## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

**Action Number**

(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

*21 CV 202*

**I.     PARTIES**

A.     Plaintiff:

1.     (a) *Tony Brown*          (b) *0045033*
           (Name)                      (Inmate number)

       (c) *PO Box 7609*
           (Address)

       *Portsmouth, VA 23707*

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B.     Defendant(s):

1.     (a) *Dickerson*          (b) *Sergeant*
           (Name)                      (Title/Job Description)

       (c) *2690 Elmhurst Lane*
           (Address)

       *Portsmouth, VA 23701*


RECEIVED
FEB 11 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2.    (a) _Carlisle_                        (b) _Sergeant_
             (Name)                                (Title/Job Description)

      (c) _2690 Elmhurst Lane_
             (Address)

      _Portsmouth, VA 23701_

3.    (a)_n/a_                             (b)_n/a_
             (Name)                                (Title/Job Description)

      (c)_n/a_
             (Address)

           _n/a_

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.    **PREVIOUS LAWSUITS**

A.     Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?    Yes [  ]    No [X]

B.     If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

       1.    Parties to previous lawsuit:

       Plaintiff(s)_N/a_

       Defendant(s)_N/a_

       _____

       2.    Court (if federal court, name the district; if state court, name the county):

             _n/a_

       3.    Date lawsuit filed:_n/a_

       4.    Docket number:_n/a_

5.    Name of Judge to whom case was assigned: _N/a_

6.    Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) :

_N/a_

## III.    GRIEVANCE PROCEDURE

A.    At what institution did the events concerning your current complaint take place:

_Hampton Roads Regional Jail_

B.    Does the institution listed in "A" have a grievance procedure?  Yes [✓]  No [    ]

C.    If your answer to "B" is Yes:

1.    Did you file a grievance based on this complaint?  Yes [    ]  No [✓]

2.    If so, where and when: _N/a_

3.    What was the result? _N/a_

4.    Did you appeal?  Yes [    ]  No [    ] _N/a_

5.    Result of appeal: _N/a_

D.    If there was no prison grievance procedure in the institution, did you complain to the prison authorities?  Yes [    ]  No [    ] _N/a_

If your answer is Yes, what steps did you take? _N/a_

E.    If your answer is No, explain why you did not submit your complaint to the prison authorities:

_N/a_

## IV.    STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

23 Nov., 2020 I wrote a request form stating, "I am feeling really uncomfortable. There is a man sending me kites telling me that I'm sexy & keeps talking perverted. What I really don't like is him watching me when I'm at my door watching TV, or when I'm at my mirror brushing my teeth, etc. I already told him that I'm married and not interested, but this is getting really weird. I'm afraid of men in general, which is why I stay in PC in the first place." On 24 Nov, 2020 at 1130, I gave the form to Officer Mahan and she gave it to ~~Sgt~~ Sgt. Carlisle. Carlisle wrote at 1425 the same day, "You are a restrictive status inmate that is locked down in a single cell. So therefore whomever the inmate is that you are allegedly stating that is doing this is not. We can't stop someone that is looking at you. When you recieve a kite, you should be letting your pod officer know." (Attached - additional sheets).

28/12/20

IV. Statement of the Claim (continued)

I was housed in 1-1D-208 and the inmate, Mike People, was in cell 202. His cell was at a diagonal from mine, and he had a good view into my cell. After I gave the request form initially to Officer Mahan, she goes on lunch break, and her relief officer (I don't know her name) came in and started scolding cell 202 about my complaint. She told him, "Gay shit don't come to jail." I was so embarassed because I wanted this manner to be handled quietly, and now the entire Pod knows something is going on. My problem with Carlisle's response is that first of all, Officer Mahan was the one passing me his kites, other times it would be a Pod volunteer or trustee. And even though I was (and still am) a P.C. inmate, I was expecting at the very least to be moved elsewhere so I wouldn't be uncomfortable anymore. What the inmate was doing is called voyeurism — he wasn't just looking at me like Carlisle said, he was watching me for long periods of time, and it was obvious from his notes that he was lusting after me. I must say that later that night I was moved to cell 205, but not because of my PREA report, but because my toilet happened to begin overflowing. But I still wasn't happy with being in the same Pod as People, and I was very displeased with Carlisle saying, "whomever the inmate is that you are allegedly stating that is doing this is not," when she didn't come to talk with me or investigate the matter properly.

25 Nov., 2020 I asked officer Chandler to bring the Sgt. over because I had a grievence. I explained the situation to her and she suggested

that I wait until Mahan and Carlisle's shift that Friday. I did not want to wait until then, so I asked her to send Mental health down to see me and she did. I spoke with Hicks from mental health about and she said that Mental health doesn't handle PREA, but she did send Sgt. Dickerson to speak with me. I spoke with Sgt. Dickerson and he read my request form and I gave him the Kites to read. He was reading them but then Officer Chandler buzzes him on the intercom letting Dickerson know that they are calling him on his radio. So he took the Kites with him and let me know that he'd come back to speak with me tomorrow. He never did come back the next day despite asking Chandler to let him know that I still need to speak with him. This was frustrating because he took my Kites, the main evidence I had for this grievance.

About a week or so later, Sgt. Dickerson does come back & said that he'd give me an answer tomorrow. Again I asked for him the next day and he never did come. He still has the Kites and I haven't been able to speak with him since.

I think that they left me in that situation violates PREA Protocol. They did eventually move Mike People, but only because his custody level dropped, as they gave him a green uniform.

In his Kites he wrote several pages worth, talking about how sexy I am, he mentioned his nickname is 'Levi', he has HIV, his Porn career and how it ruined his marriage, how he like to perform oral sex on men, and that he likes to be the 'gay bottom', etc.

I wrote him one Kite back telling him my nickname, 'Niko' and I lied about me being married and being

from Lithuania. I just did not want him to really know anything about me. But I emphasised that I am not interested in men sexually. But I tried being nice about it and maybe he'd leave me alone, but he didn't.

The only reason I wasn't able to grieve the matter was because of Sgt. Dickerson not giving me the form and not letting me know the status of his investigation. I feel let down and betrayed, especially that he took the kites, so I now have no basis to get a grievance from another Sgt.

Tony Brown

28 Dec., 2020

## V.   RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time.  I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _____TB_____ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____✓_____ Award money damages in the amount of $ 10,000 _____

_____ Grant injunctive relief by_____

_____✓_____ Other For the defendants to retrain in PREA Protocol_____

## VI.   PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months.  If you were transferred during this period, list the date(s) of transfer.  Provide an address for each institution.

Chesapeake City Jail (transfered 12 June, 2020) - 400 Albemarle Dr.,

Chesapeake, VA 23322 ; Hampton Roads Regional Jail (since 12 June, 2020)

2690 Elmhurst Lane, Portsmouth, VA 23701

## VII.   CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE:  The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ✓ ]  No [   ]. You may consent at any time; however, an early consent is encouraged.

## VIII.   SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this ___28___ day of ___December___, 20_20_ .

Plaintiff _Tony Brown_____